# United States Court of Appeals
## For the First Circuit

No. 07-1267

Stephen Pina,

Petitioner,

v.

Michael Maloney, ET AL.,

Respondents.

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2009 is amended as follows:

On page 8, line 1:  the first "is" should be deleted in the phrase "that is it is likely that . . ."